## SNEAD *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 88, September Term, 1965.]

*Decided March 9, 1966.*

Before the entire Court.

PER CURIAM.

In the court below applicant was given a full and fair evidentiary hearing. Judge J. DeWeese Carter wrote an extensive opinion in which he adequately dealt with each of applicant's contentions. For the reasons stated in that opinion, this application is denied.

*Application denied.*